UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-0022 PMP-LRL |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR PLACEMENT IN THE RESIDENTIAL RE-ENTRY CENTER/HALFWAY HOUSE |
| ROBERT CARL LITHEREDGE, | ) | |
| Defendant, | ) | |

Presently before the Court is the matter of United States v Robert Litheredge, 2:07-cr-0022 PMP-LRL.

On December 22, 2014, this Court held a hearing for revocation of supervised release as to Mr. Litheredge. The Court ordered that Mr. Litheredge reside in the residential re-entry center/halfway house for a period of up to __7__ months. Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Robert Litheredge reside in a residential re-entry center/halfway house for a period of up to __7__ months. It is further ordered that all previous conditions and terms of release will stay in place.

DATED this 22nd day of December, 2014.

_____
PHILIP M. PRO, U.S. District Judge